OPINION — AG — 11 O.S. 1977 Supp. 47-116(A) [11-47-116], REQUIRES EVERY DEED DESCRIBING LAND BY METES AND BOUNDS WHICH CONVEYS LAND WITHIN THE JURISDICTION OF THE CITY PLANNING COMMISSION IN A TRACT OF FIVE(5) ACRES OR LESS BEAR WRITTEN APPROVAL BY THE PLANNING COMMISSION NOTWITHSTANDING WRITTEN APPROVAL BY THE COMMISSION OF PREVIOUS DEEDS OF CONVEYANCE OF THE SAME TRACT OF LAND TO ENTITLE THE DEED TO BE RECORDED AND IMPORT NOTICE. (MICHAEL JACKSON)